UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SANTANA, an individual, and HURI MORENO, an individual,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>FIRST NLC FINANCIAL SERVICES, LLC, California limited liability company; AMERICAN CAPITAL FINANCIAL SERVICES, INC., a California corporation; SAXON MORTGAGE SERVICES, INC., a Texas corporation, and DOES 1 through 20 inclusive,<br><br>　　　　　　　　　　　　　　Defendants. | Civil No.　　08cv2228-JM (POR)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[Doc. No. 8.]** |

　　　On January 14, 2009, Defendants submitted an ex parte motion for leave to appear telephonically. [Doc. No. 8.] Defendants seek the Court's permission for the representative of Defendant Saxon Mortgage Services, Inc., to appear telephonically at the Early Neutral Evaluation Conference scheduled for February 18, 2009. After conferring with counsel for both parties, the Court hereby grants Defendants' ex parte motion.

DATED: January 22, 2009

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc　　　　　The Honorable Jeffrey T. Miller
　　　　　　All parties