UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SANTANA, an individual and HURI MORENO, an idividual, <br><br>              Plaintiff, <br> v. <br><br> FIRST NLC FINANCIAL SERVICES, LLC, a California limited liability company; AMERICAN CAPITAL FINANCIAL SERVICES, INC., a California corporation; SAXON MORTGAGE SERVICES, INC., a Texas corporation and DOES 1 through 20 inclusive, <br><br>              Defendants. | Case No.08cv2228 JM(POR) <br><br> ORDER GRANTING JOINT MOTION FOR DISMISSAL [Docket No. 37] |

    Upon the Joint Motion of the parties (Docket No. 37) and for good cause shown, this matter is hereby dismissed, with prejudice, in its entirety. Each party shall bear its own attorney's fees and costs. The Clerk of Court is directed to close this file.

    IT IS SO ORDERED.

DATED: August 13, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge